UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAUL ORTEGA, *individually and on behalf of others similarly situated*,<br><br>*Plaintiff,*<br><br>-against-<br><br>TOKYO BAY ENTERPRISE NY, INC. d/b/a TOKYO BAY, and BILLY RIU,<br><br>*Defendants.* | Index No. 1:20-cv-07140-GBD<br><br>**MOTION TO WITHDRAW AS COUNSEL** |

    KEVIN S. JOHNSON, ESQ. the undersigned counsel, respectfully moves to withdraw as counsel for Plaintiff(s) in the above-captioned matter, as my last day of employment for Michael Faillace & Associates, P.C., was Friday, May 7, 2021.

    Michael Faillace & Associates, P.C. will continue to represent the Plaintiff (s) in this matter, and no party will be prejudiced if this Motion is granted.

    WHEREFORE, undersigned counsel respectfully requests that this Court permit Kevin S. Johnson, Esq. to withdraw as counsel for the Plaintiff(s) in this matter.

Dated:  New York, New York        Respectfully submitted,
         May 14, 2021

                                              */s/ Kevin S. Johnson*
                                              Kevin S. Johnson, Esq.