UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x

RAUL ORTEGA, *individually and on behalf of himself and all others similarly situated*,

                Plaintiff,

-against-

TOKYO BAY ENTERPRISE NY, INC. (d/b/a/ TOKYO BAY) and BILLY RIU

                Defendant.

------------------------------------ X

ORDER

20 Civ. 7140 (GBD)

GEORGE B. DANIELS, District Judge:

The initial conference is cancelled in light of Defendants failure to appear and Plaintiff's intention to file a motion for default judgment.

Dated: October 25, 2021
      New York, New York

                                  SO ORDERED.

                                  *George B. Daniels*
                                  GEORGE B. DANIELS
                                  UNITED STATES DISTRICT JUDGE