For Settlement Purposes Only
Royal Pizza

| Plaintiff | Pay Period | | | | Minimum Wage | | | Paid Wages | | | Unpaid Wages & OT | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Start | End | Weeks | Hours Per Week | Minimum Wage Rate | Minimum Overtime (OT) | Lawful Weekly Pay | "Credited" Weekly Pay | Regular Hourly Pay Rate | Hourly OT Pay Rate | Underpayment Per Week | Total Unpaid Wages & OT | Liq. Damages on Wages & OT |
| **Raul Ortega** | 10/1/2016 | 10/15/2016 | 2 | 22 | $ 9.00 | $ 13.50 | $ 198.00 | $ 80.00 | $ 3.64 | $ 5.45 | $ 118.00 | $ 236.00 | $ 236.00 |
| | 10/16/2016 | 10/31/2016 | 2 | 16.5 | $ 9.00 | $ 13.50 | $ 148.50 | $ 60.00 | $ 3.64 | $ 5.45 | $ 88.50 | $ 177.00 | $ 177.00 |
| | 11/1/2016 | 11/15/2016 | 2 | 22 | $ 9.00 | $ 13.50 | $ 198.00 | $ 80.00 | $ 3.64 | $ 5.45 | $ 118.00 | $ 236.00 | $ 236.00 |
| | 11/16/2016 | 11/30/2016 | 2 | 16.5 | $ 9.00 | $ 13.50 | $ 148.50 | $ 60.00 | $ 3.64 | $ 5.45 | $ 88.50 | $ 177.00 | $ 177.00 |
| | 12/1/2016 | 12/15/2016 | 2 | 22 | $ 9.00 | $ 13.50 | $ 198.00 | $ 80.00 | $ 3.64 | $ 5.45 | $ 118.00 | $ 236.00 | $ 236.00 |
| | 12/16/2016 | 12/31/2016 | 2 | 16.5 | $ 9.00 | $ 13.50 | $ 148.50 | $ 60.00 | $ 3.64 | $ 5.45 | $ 88.50 | $ 177.00 | $ 177.00 |
| | 1/1/2017 | 1/15/2017 | 2 | 22 | $ 9.00 | $ 13.50 | $ 198.00 | $ 80.00 | $ 3.64 | $ 5.45 | $ 118.00 | $ 236.00 | $ 236.00 |
| | 1/16/2017 | 1/31/2017 | 2 | 16.5 | $ 10.50 | $ 15.75 | $ 173.25 | $ 60.00 | $ 3.64 | $ 5.45 | $ 113.25 | $ 226.50 | $ 226.50 |
| | 2/1/2017 | 2/15/2017 | 2 | 22 | $ 10.50 | $ 15.75 | $ 231.00 | $ 80.00 | $ 3.64 | $ 5.45 | $ 151.00 | $ 302.00 | $ 302.00 |
| | 2/16/2017 | 2/28/2017 | 2 | 16.5 | $ 10.50 | $ 15.75 | $ 173.25 | $ 60.00 | $ 3.64 | $ 5.45 | $ 113.25 | $ 226.50 | $ 226.50 |
| | 3/1/2017 | 3/15/2017 | 2 | 22 | $ 10.50 | $ 15.75 | $ 231.00 | $ 80.00 | $ 3.64 | $ 5.45 | $ 151.00 | $ 302.00 | $ 302.00 |
| | 3/16/2017 | 3/31/2017 | 2 | 16.5 | $ 10.50 | $ 15.75 | $ 173.25 | $ 60.00 | $ 3.64 | $ 5.45 | $ 113.25 | $ 226.50 | $ 226.50 |
| | 4/1/2017 | 4/15/2017 | 2 | 22 | $ 10.50 | $ 15.75 | $ 231.00 | $ 80.00 | $ 3.64 | $ 5.45 | $ 151.00 | $ 302.00 | $ 302.00 |
| | 4/16/2017 | 4/30/2017 | 2 | 16.5 | $ 10.50 | $ 15.75 | $ 173.25 | $ 60.00 | $ 3.64 | $ 5.45 | $ 113.25 | $ 226.50 | $ 226.50 |
| | 5/1/2017 | 5/15/2017 | 2 | 22 | $ 10.50 | $ 15.75 | $ 231.00 | $ 80.00 | $ 3.64 | $ 5.45 | $ 151.00 | $ 302.00 | $ 302.00 |
| | 5/16/2017 | 5/31/2017 | 2 | 16.5 | $ 10.50 | $ 15.75 | $ 173.25 | $ 60.00 | $ 3.64 | $ 5.45 | $ 113.25 | $ 226.50 | $ 226.50 |
| | 6/1/2017 | 6/15/2017 | 2 | 22 | $ 10.50 | $ 15.75 | $ 231.00 | $ 80.00 | $ 3.64 | $ 5.45 | $ 151.00 | $ 302.00 | $ 302.00 |
| | 6/16/2017 | 6/30/2017 | 2 | 16.5 | $ 10.50 | $ 15.75 | $ 173.25 | $ 60.00 | $ 3.64 | $ 5.45 | $ 113.25 | $ 226.50 | $ 226.50 |
| | 7/1/2017 | 7/15/2017 | 2 | 22 | $ 10.50 | $ 15.75 | $ 231.00 | $ 80.00 | $ 3.64 | $ 5.45 | $ 151.00 | $ 302.00 | $ 302.00 |
| | 7/16/2017 | 7/31/2017 | 2 | 16.5 | $ 10.50 | $ 15.75 | $ 173.25 | $ 60.00 | $ 3.64 | $ 5.45 | $ 113.25 | $ 226.50 | $ 226.50 |
| | 8/1/2017 | 8/15/2017 | 2 | 22 | $ 10.50 | $ 15.75 | $ 231.00 | $ 80.00 | $ 3.64 | $ 5.45 | $ 151.00 | $ 302.00 | $ 302.00 |
| | 8/16/2017 | 8/31/2017 | 2 | 16.5 | $ 10.50 | $ 15.75 | $ 173.25 | $ 60.00 | $ 3.64 | $ 5.45 | $ 113.25 | $ 226.50 | $ 226.50 |
| | 9/1/2017 | 9/15/2017 | 2 | 22 | $ 10.50 | $ 15.75 | $ 231.00 | $ 80.00 | $ 3.64 | $ 5.45 | $ 151.00 | $ 302.00 | $ 302.00 |
| | 9/16/2017 | 9/30/2017 | 2 | 16.5 | $ 10.50 | $ 15.75 | $ 173.25 | $ 60.00 | $ 3.64 | $ 5.45 | $ 113.25 | $ 226.50 | $ 226.50 |
| | 10/1/2017 | 10/15/2017 | 2 | 22 | $ 10.50 | $ 15.75 | $ 231.00 | $ 80.00 | $ 3.64 | $ 5.45 | $ 151.00 | $ 302.00 | $ 302.00 |
| | 10/16/2017 | 10/31/2017 | 2 | 16.5 | $ 10.50 | $ 15.75 | $ 173.25 | $ 90.00 | $ 5.45 | $ 8.18 | $ 83.25 | $ 166.50 | $ 166.50 |
| | 11/1/2017 | 11/15/2017 | 2 | 22 | $ 10.50 | $ 15.75 | $ 231.00 | $ 120.00 | $ 5.45 | $ 8.18 | $ 111.00 | $ 222.00 | $ 222.00 |
| | 11/16/2017 | 11/30/2017 | 2 | 16.5 | $ 10.50 | $ 15.75 | $ 173.25 | $ 90.00 | $ 5.45 | $ 8.18 | $ 83.25 | $ 166.50 | $ 166.50 |
| | 12/1/2017 | 12/15/2017 | 2 | 22 | $ 10.50 | $ 15.75 | $ 231.00 | $ 120.00 | $ 5.45 | $ 8.18 | $ 111.00 | $ 222.00 | $ 222.00 |
| | 12/16/2017 | 12/31/2017 | 2 | 16.5 | $ 10.50 | $ 15.75 | $ 173.25 | $ 90.00 | $ 5.45 | $ 8.18 | $ 83.25 | $ 166.50 | $ 166.50 |
| | 1/1/2018 | 1/15/2018 | 2 | 22 | $ 12.00 | $ 18.00 | $ 264.00 | $ 120.00 | $ 5.45 | $ 8.18 | $ 144.00 | $ 288.00 | $ 288.00 |
| | 1/16/2018 | 1/31/2018 | 2 | 16.5 | $ 12.00 | $ 18.00 | $ 198.00 | $ 90.00 | $ 5.45 | $ 8.18 | $ 108.00 | $ 216.00 | $ 216.00 |
| | 2/1/2018 | 2/15/2018 | 2 | 22 | $ 12.00 | $ 18.00 | $ 264.00 | $ 120.00 | $ 5.45 | $ 8.18 | $ 144.00 | $ 288.00 | $ 288.00 |
| | 2/16/2018 | 2/28/2018 | 2 | 16.5 | $ 12.00 | $ 18.00 | $ 198.00 | $ 90.00 | $ 5.45 | $ 8.18 | $ 108.00 | $ 216.00 | $ 216.00 |
| | 3/1/2018 | 3/15/2018 | 2 | 22 | $ 12.00 | $ 18.00 | $ 264.00 | $ 120.00 | $ 5.45 | $ 8.18 | $ 144.00 | $ 288.00 | $ 288.00 |
| | 3/16/2018 | 3/31/2018 | 2 | 16.5 | $ 12.00 | $ 18.00 | $ 198.00 | $ 90.00 | $ 5.45 | $ 8.18 | $ 108.00 | $ 216.00 | $ 216.00 |
| | 4/1/2018 | 4/15/2018 | 2 | 22 | $ 12.00 | $ 18.00 | $ 264.00 | $ 120.00 | $ 5.45 | $ 8.18 | $ 144.00 | $ 288.00 | $ 288.00 |
| | 4/16/2018 | 4/30/2018 | 2 | 16.5 | $ 12.00 | $ 18.00 | $ 198.00 | $ 90.00 | $ 5.45 | $ 8.18 | $ 108.00 | $ 216.00 | $ 216.00 |
| | 5/1/2018 | 5/15/2018 | 2 | 22 | $ 12.00 | $ 18.00 | $ 264.00 | $ 120.00 | $ 5.45 | $ 8.18 | $ 144.00 | $ 288.00 | $ 288.00 |
| | 5/16/2018 | 5/31/2018 | 2 | 16.5 | $ 12.00 | $ 18.00 | $ 198.00 | $ 90.00 | $ 5.45 | $ 8.18 | $ 108.00 | $ 216.00 | $ 216.00 |
| | 6/1/2018 | 6/15/2018 | 2 | 22 | $ 12.00 | $ 18.00 | $ 264.00 | $ 120.00 | $ 5.45 | $ 8.18 | $ 144.00 | $ 288.00 | $ 288.00 |
| | 6/16/2018 | 6/30/2018 | 2 | 16.5 | $ 12.00 | $ 18.00 | $ 198.00 | $ 90.00 | $ 5.45 | $ 8.18 | $ 108.00 | $ 216.00 | $ 216.00 |
| | 7/1/2018 | 7/15/2018 | 2 | 22 | $ 12.00 | $ 18.00 | $ 264.00 | $ 120.00 | $ 5.45 | $ 8.18 | $ 144.00 | $ 288.00 | $ 288.00 |
| | 7/16/2018 | 7/31/2018 | 2 | 16.5 | $ 12.00 | $ 18.00 | $ 198.00 | $ 90.00 | $ 5.45 | $ 8.18 | $ 108.00 | $ 216.00 | $ 216.00 |

For Settlement Purposes Only
Royal Pizza

| Plaintiff | Start | End | Weeks | Hours Per Week | Minimum Wage Rate | Minimum Overtime (OT) | Lawful Weekly Pay | "Credited" Weekly Pay | Regular Hourly Pay Rate | Hourly OT Pay Rate | Underpayment Per Week | Total Unpaid Wages & OT | Liq. Damages on Wages & OT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 8/1/2018 | 8/15/2018 | 2 | 22 | $ 12.00 | $ 18.00 | $ 264.00 | $ 120.00 | $ 5.45 | $ 8.18 | $ 144.00 | $ 288.00 | $ 288.00 |
| | 8/16/2018 | 8/31/2018 | 2 | 16.5 | $ 12.00 | $ 18.00 | $ 198.00 | $ 90.00 | $ 5.45 | $ 8.18 | $ 108.00 | $ 216.00 | $ 216.00 |
| | 9/1/2018 | 9/15/2018 | 2 | 22 | $ 12.00 | $ 18.00 | $ 264.00 | $ 120.00 | $ 5.45 | $ 8.18 | $ 144.00 | $ 288.00 | $ 288.00 |
| | 9/16/2018 | 9/30/2018 | 2 | 16.5 | $ 12.00 | $ 18.00 | $ 198.00 | $ 90.00 | $ 5.45 | $ 8.18 | $ 108.00 | $ 216.00 | $ 216.00 |
| | 10/1/2018 | 10/15/2018 | 2 | 22 | $ 12.00 | $ 18.00 | $ 264.00 | $ 120.00 | $ 5.45 | $ 8.18 | $ 144.00 | $ 288.00 | $ 288.00 |
| | 10/16/2018 | 10/31/2018 | 2 | 16.5 | $ 12.00 | $ 18.00 | $ 198.00 | $ 140.00 | $ 8.48 | $ 12.73 | $ 58.00 | $ 116.00 | $ 116.00 |
| | 11/1/2018 | 11/15/2018 | 2 | 22 | $ 12.00 | $ 18.00 | $ 264.00 | $ 105.00 | $ 4.77 | $ 7.16 | $ 159.00 | $ 318.00 | $ 318.00 |
| | 11/16/2018 | 11/30/2018 | 2 | 16.5 | $ 12.00 | $ 18.00 | $ 198.00 | $ 140.00 | $ 8.48 | $ 12.73 | $ 58.00 | $ 116.00 | $ 116.00 |
| | 12/1/2018 | 12/15/2018 | 2 | 22 | $ 12.00 | $ 18.00 | $ 264.00 | $ 105.00 | $ 4.77 | $ 7.16 | $ 159.00 | $ 318.00 | $ 318.00 |
| | 12/16/2018 | 12/31/2018 | 2 | 16.5 | $ 12.00 | $ 18.00 | $ 198.00 | $ 140.00 | $ 8.48 | $ 12.73 | $ 58.00 | $ 116.00 | $ 116.00 |
| | 1/1/2019 | 1/15/2019 | 2 | 22 | $ 13.50 | $ 20.25 | $ 297.00 | $ 105.00 | $ 4.77 | $ 7.16 | $ 192.00 | $ 384.00 | $ 384.00 |
| | 1/16/2019 | 1/31/2019 | 2 | 16.5 | $ 13.50 | $ 20.25 | $ 222.75 | $ 140.00 | $ 8.48 | $ 12.73 | $ 82.75 | $ 165.50 | $ 165.50 |
| | 2/1/2019 | 2/15/2019 | 2 | 22 | $ 13.50 | $ 20.25 | $ 297.00 | $ 105.00 | $ 4.77 | $ 7.16 | $ 192.00 | $ 384.00 | $ 384.00 |
| | 2/16/2019 | 2/28/2019 | 2 | 16.5 | $ 13.50 | $ 20.25 | $ 222.75 | $ 140.00 | $ 8.48 | $ 12.73 | $ 82.75 | $ 165.50 | $ 165.50 |
| | 3/1/2019 | 3/15/2019 | 2 | 22 | $ 13.50 | $ 20.25 | $ 297.00 | $ 105.00 | $ 4.77 | $ 7.16 | $ 192.00 | $ 384.00 | $ 384.00 |
| | 3/16/2019 | 3/31/2019 | 2 | 16.5 | $ 13.50 | $ 20.25 | $ 222.75 | $ 140.00 | $ 8.48 | $ 12.73 | $ 82.75 | $ 165.50 | $ 165.50 |
| | 4/1/2019 | 4/15/2019 | 2 | 22 | $ 13.50 | $ 20.25 | $ 297.00 | $ 105.00 | $ 4.77 | $ 7.16 | $ 192.00 | $ 384.00 | $ 384.00 |
| | 4/16/2019 | 4/30/2019 | 2 | 16.5 | $ 13.50 | $ 20.25 | $ 222.75 | $ 140.00 | $ 8.48 | $ 12.73 | $ 82.75 | $ 165.50 | $ 165.50 |
| | 5/1/2019 | 5/15/2019 | 2 | 22 | $ 13.50 | $ 20.25 | $ 297.00 | $ 105.00 | $ 4.77 | $ 7.16 | $ 192.00 | $ 384.00 | $ 384.00 |
| | 5/16/2019 | 5/31/2019 | 2 | 16.5 | $ 13.50 | $ 20.25 | $ 222.75 | $ 140.00 | $ 8.48 | $ 12.73 | $ 82.75 | $ 165.50 | $ 165.50 |
| | 6/1/2019 | 6/15/2019 | 2 | 22 | $ 13.50 | $ 20.25 | $ 297.00 | $ 105.00 | $ 4.77 | $ 7.16 | $ 192.00 | $ 384.00 | $ 384.00 |
| | 6/16/2019 | 6/30/2019 | 2 | 16.5 | $ 13.50 | $ 20.25 | $ 222.75 | $ 140.00 | $ 8.48 | $ 12.73 | $ 82.75 | $ 165.50 | $ 165.50 |
| | 7/1/2019 | 7/15/2019 | 2 | 22 | $ 13.50 | $ 20.25 | $ 297.00 | $ 105.00 | $ 4.77 | $ 7.16 | $ 192.00 | $ 384.00 | $ 384.00 |
| | 7/16/2019 | 7/31/2019 | 2 | 16.5 | $ 13.50 | $ 20.25 | $ 222.75 | $ 140.00 | $ 8.48 | $ 12.73 | $ 82.75 | $ 165.50 | $ 165.50 |
| | 9/1/2019 | 9/15/2019 | 2 | 22 | $ 13.50 | $ 20.25 | $ 297.00 | $ 105.00 | $ 4.77 | $ 7.16 | $ 192.00 | $ 384.00 | $ 384.00 |
| | 9/16/2019 | 9/30/2019 | 2 | 16.5 | $ 13.50 | $ 20.25 | $ 222.75 | $ 140.00 | $ 8.48 | $ 12.73 | $ 82.75 | $ 165.50 | $ 165.50 |
| | 10/1/2019 | 10/15/2019 | 2 | 16.5 | $ 13.50 | $ 20.25 | $ 222.75 | $ 140.00 | $ 8.48 | $ 12.73 | $ 82.75 | $ 165.50 | $ 165.50 |
| | 10/16/2019 | 12/31/2019 | 11 | 16.5 | $ 13.50 | $ 20.25 | $ 222.75 | $ 160.00 | $ 9.70 | $ 14.55 | $ 62.75 | $ 690.25 | $ 690.25 |
| | 1/1/2020 | 3/13/2020 | 10 | 16.5 | $ 15.00 | $ 22.50 | $ 247.50 | $ 120.00 | $ 7.27 | $ 10.91 | $ 127.50 | $ 1,275.00 | $ 1,275.00 |
| | | | | | | | | | | | | $ 19,509.75 | $ 19,509.75 |
| | | | | | | | | | | | TOTAL: | $ 19,509.75 | $ 19,509.75 |

| | |
|---|---|
| NYLL - SOL | |
| NYLL Amendment Date | |
| FLSA - SOL | |
| Filing Date | |
| Today's Date | |

1 This chart is based upon preliminary information and the expected testimony of Plaintiffs.
2 Plaintiffs reserve the right to correct or amend this chart.
3 This Chart was prepared without the benefit of discovery, or the benefit of Defendants' required wage and hour records under the FLS

For Settlement Purposes Only
Royal Pizza

| Plaintiff | Pay Period | | Spread of Hours | | | Pre-Judgment Interest | | Other Claims | | | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Start | End | SOH Days per Week | Unpaid SOH Pay | Liq. Damages on Unpaid SOH Pay | PJI on Wages | PJI on SOH | Wage Notice | Tools of the Trade | Wage Statement | |
| **Raul Ortega** | 10/1/2016 | 10/15/2016 | 0 | $ - | $ - | $ 78.58 | $ - | $ 5,000.00 | $ 290.00 | $ 5,000.00 | $ 10,840.58 |
| | 10/16/2016 | 10/31/2016 | 0 | $ - | $ - | $ 58.26 | $ - | | | | $ 412.26 |
| | 11/1/2016 | 11/15/2016 | 0 | $ - | $ - | $ 76.78 | $ - | | | | $ 548.78 |
| | 11/16/2016 | 11/30/2016 | 0 | $ - | $ - | $ 56.93 | $ - | | | | $ 410.93 |
| | 12/1/2016 | 12/15/2016 | 0 | $ - | $ - | $ 75.04 | $ - | | | | $ 547.04 |
| | 12/16/2016 | 12/31/2016 | 0 | $ - | $ - | $ 55.60 | $ - | | | | $ 409.60 |
| | 1/1/2017 | 1/15/2017 | 0 | $ - | $ - | $ 73.23 | $ - | | | | $ 545.23 |
| | 1/16/2017 | 1/31/2017 | 0 | $ - | $ - | $ 69.42 | $ - | | | | $ 522.42 |
| | 2/1/2017 | 2/15/2017 | 0 | $ - | $ - | $ 91.40 | $ - | | | | $ 695.40 |
| | 2/16/2017 | 2/28/2017 | 0 | $ - | $ - | $ 67.77 | $ - | | | | $ 520.77 |
| | 3/1/2017 | 3/15/2017 | 0 | $ - | $ - | $ 89.32 | $ - | | | | $ 693.32 |
| | 3/16/2017 | 3/31/2017 | 0 | $ - | $ - | $ 66.12 | $ - | | | | $ 519.12 |
| | 4/1/2017 | 4/15/2017 | 0 | $ - | $ - | $ 87.01 | $ - | | | | $ 691.01 |
| | 4/16/2017 | 4/30/2017 | 0 | $ - | $ - | $ 64.42 | $ - | | | | $ 517.42 |
| | 5/1/2017 | 5/15/2017 | 0 | $ - | $ - | $ 84.78 | $ - | | | | $ 688.78 |
| | 5/16/2017 | 5/31/2017 | 0 | $ - | $ - | $ 62.72 | $ - | | | | $ 515.72 |
| | 6/1/2017 | 6/15/2017 | 0 | $ - | $ - | $ 82.47 | $ - | | | | $ 686.47 |
| | 6/16/2017 | 6/30/2017 | 0 | $ - | $ - | $ 61.01 | $ - | | | | $ 514.01 |
| | 7/1/2017 | 7/15/2017 | 0 | $ - | $ - | $ 80.23 | $ - | | | | $ 684.23 |
| | 7/16/2017 | 7/31/2017 | 0 | $ - | $ - | $ 59.31 | $ - | | | | $ 512.31 |
| | 8/1/2017 | 8/15/2017 | 0 | $ - | $ - | $ 77.92 | $ - | | | | $ 681.92 |
| | 8/16/2017 | 8/31/2017 | 0 | $ - | $ - | $ 57.58 | $ - | | | | $ 510.58 |
| | 9/1/2017 | 9/15/2017 | 0 | $ - | $ - | $ 75.62 | $ - | | | | $ 679.62 |
| | 9/16/2017 | 9/30/2017 | 0 | $ - | $ - | $ 55.87 | $ - | | | | $ 508.87 |
| | 10/1/2017 | 10/15/2017 | 0 | $ - | $ - | $ 73.38 | $ - | | | | $ 677.38 |
| | 10/16/2017 | 10/31/2017 | 0 | $ - | $ - | $ 39.82 | $ - | | | | $ 372.82 |
| | 11/1/2017 | 11/15/2017 | 0 | $ - | $ - | $ 52.25 | $ - | | | | $ 496.25 |
| | 11/16/2017 | 11/30/2017 | 0 | $ - | $ - | $ 38.57 | $ - | | | | $ 371.57 |
| | 12/1/2017 | 12/15/2017 | 0 | $ - | $ - | $ 50.60 | $ - | | | | $ 494.60 |
| | 12/16/2017 | 12/31/2017 | 0 | $ - | $ - | $ 37.32 | $ - | | | | $ 370.32 |
| | 1/1/2018 | 1/15/2018 | 0 | $ - | $ - | $ 63.45 | $ - | | | | $ 639.45 |
| | 1/16/2018 | 1/31/2018 | 0 | $ - | $ - | $ 46.76 | $ - | | | | $ 478.76 |
| | 2/1/2018 | 2/15/2018 | 0 | $ - | $ - | $ 61.25 | $ - | | | | $ 637.25 |
| | 2/16/2018 | 2/28/2018 | 0 | $ - | $ - | $ 45.19 | $ - | | | | $ 477.19 |
| | 3/1/2018 | 3/15/2018 | 0 | $ - | $ - | $ 59.26 | $ - | | | | $ 635.26 |
| | 3/16/2018 | 3/31/2018 | 0 | $ - | $ - | $ 43.62 | $ - | | | | $ 475.62 |
| | 4/1/2018 | 4/15/2018 | 0 | $ - | $ - | $ 57.06 | $ - | | | | $ 633.06 |
| | 4/16/2018 | 4/30/2018 | 0 | $ - | $ - | $ 41.99 | $ - | | | | $ 473.99 |
| | 5/1/2018 | 5/15/2018 | 0 | $ - | $ - | $ 54.93 | $ - | | | | $ 630.93 |
| | 5/16/2018 | 5/31/2018 | 0 | $ - | $ - | $ 40.37 | $ - | | | | $ 472.37 |
| | 6/1/2018 | 6/15/2018 | 0 | $ - | $ - | $ 52.72 | $ - | | | | $ 628.72 |
| | 6/16/2018 | 6/30/2018 | 0 | $ - | $ - | $ 38.74 | $ - | | | | $ 470.74 |
| | 7/1/2018 | 7/15/2018 | 0 | $ - | $ - | $ 50.59 | $ - | | | | $ 626.59 |
| | 7/16/2018 | 7/31/2018 | 0 | $ - | $ - | $ 37.12 | $ - | | | | $ 469.12 |

For Settlement Purposes Only
Royal Pizza

| Plaintiff | Start | End | SOH Days per Week | Unpaid SOH Pay | Liq. Damages on Unpaid SOH Pay | PJI on Wages | PJI on SOH | Wage Notice | Tools of the Trade | Wage Statement | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 8/1/2018 | 8/15/2018 | 0 | $ - | $ - | $ 48.39 | $ - | | | | $ 624.39 |
| | 8/16/2018 | 8/31/2018 | 0 | $ - | $ - | $ 35.47 | $ - | | | | $ 467.47 |
| | 9/1/2018 | 9/15/2018 | 0 | $ - | $ - | $ 46.19 | $ - | | | | $ 622.19 |
| | 9/16/2018 | 9/30/2018 | 0 | $ - | $ - | $ 33.84 | $ - | | | | $ 465.84 |
| | 10/1/2018 | 10/15/2018 | 0 | $ - | $ - | $ 44.06 | $ - | | | | $ 620.06 |
| | 10/16/2018 | 10/31/2018 | 0 | $ - | $ - | $ 17.30 | $ - | | | | $ 249.30 |
| | 11/1/2018 | 11/15/2018 | 0 | $ - | $ - | $ 46.22 | $ - | | | | $ 682.22 |
| | 11/16/2018 | 11/30/2018 | 0 | $ - | $ - | $ 16.43 | $ - | | | | $ 248.43 |
| | 12/1/2018 | 12/15/2018 | 0 | $ - | $ - | $ 43.87 | $ - | | | | $ 679.87 |
| | 12/16/2018 | 12/31/2018 | 0 | $ - | $ - | $ 15.56 | $ - | | | | $ 247.56 |
| | 1/1/2019 | 1/15/2019 | 0 | $ - | $ - | $ 50.04 | $ - | | | | $ 818.04 |
| | 1/16/2019 | 1/31/2019 | 0 | $ - | $ - | $ 20.93 | $ - | | | | $ 351.93 |
| | 2/1/2019 | 2/15/2019 | 0 | $ - | $ - | $ 47.10 | $ - | | | | $ 815.10 |
| | 2/16/2019 | 2/28/2019 | 0 | $ - | $ - | $ 19.73 | $ - | | | | $ 350.73 |
| | 3/1/2019 | 3/15/2019 | 0 | $ - | $ - | $ 44.45 | $ - | | | | $ 812.45 |
| | 3/16/2019 | 3/31/2019 | 0 | $ - | $ - | $ 18.52 | $ - | | | | $ 349.52 |
| | 4/1/2019 | 4/15/2019 | 0 | $ - | $ - | $ 41.51 | $ - | | | | $ 809.51 |
| | 4/16/2019 | 4/30/2019 | 0 | $ - | $ - | $ 17.28 | $ - | | | | $ 348.28 |
| | 5/1/2019 | 5/15/2019 | 0 | $ - | $ - | $ 38.67 | $ - | | | | $ 806.67 |
| | 5/16/2019 | 5/31/2019 | 0 | $ - | $ - | $ 16.04 | $ - | | | | $ 347.04 |
| | 6/1/2019 | 6/15/2019 | 0 | $ - | $ - | $ 35.74 | $ - | | | | $ 803.74 |
| | 6/16/2019 | 6/30/2019 | 0 | $ - | $ - | $ 14.79 | $ - | | | | $ 345.79 |
| | 7/1/2019 | 7/15/2019 | 0 | $ - | $ - | $ 32.90 | $ - | | | | $ 800.90 |
| | 7/16/2019 | 7/31/2019 | 0 | $ - | $ - | $ 13.55 | $ - | | | | $ 344.55 |
| | 9/1/2019 | 9/15/2019 | 0 | $ - | $ - | $ 27.03 | $ - | | | | $ 795.03 |
| | 9/16/2019 | 9/30/2019 | 0 | $ - | $ - | $ 11.04 | $ - | | | | $ 342.04 |
| | 10/1/2019 | 10/15/2019 | 0 | $ - | $ - | $ 10.42 | $ - | | | | $ 341.42 |
| | 10/16/2019 | 12/31/2019 | 0 | $ - | $ - | $ 35.65 | $ - | | | | $ 1,416.15 |
| | 1/1/2020 | 3/13/2020 | 0 | $ - | $ - | $ 42.27 | $ - | | | | $ 2,592.27 |
| | | | | | | $ 3,577.36 | | $ 5,000.00 | $ 290.00 | $ 5,000.00 | $ 52,886.86 |
| | | | | $ - | $ - | $ 3,577.36 | $ - | $ 5,000.00 | $ 290.00 | $ 5,000.00 | $ 52,886.86 |

| | | |
|---|---|---|
| NYLL - SOL | | |
| NYLL Amendment Date | | |
| FLSA - SOL | | |
| Filing Date | | SA and NYLL. |
| Today's Date | | |