**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
RAUL ORTEGA, *individually and on behalf of others similarly situated,*

                *Plaintiff,*

-against-

TOKYO BAY ENTERPRISE NY, INC. (D/B/A TOKYO BAY) and BILLY RIU,

                *Defendants.*
-----------------------------------------------------------------X

**Case No.: 20-cv-07140**

**[Proposed Form Of] JUDGMENT**

## <u>JUDGMENT</u>

On September 2, 2020, this action was commenced by Plaintiffs' filing of the complaint and this Court's issuance of the summons. The summons and Complaint in this action having been duly served on the above-named defendants TOKYO BAY ENTERPRISE NY, INC. (D/B/A TOKYO BAY) and BILLY RIU, and said Defendants having failed to plead or otherwise defend in this action, and said default having been duly noted, and upon the annexed declaration of default judgment,

NOW, on motion of CSM Legal, PC, the attorneys for the Plaintiff, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, RAUL ORTEGA, has judgment jointly and severally against the defendants TOKYO BAY ENTERPRISE NY, INC. (D/B/A TOKYO BAY) and BILLY RIU, in the amount of $62,888.88, including compensatory damages and permissible liquidated damages and pre-judgment interest, all computed as provided in 28 U.S.C. § 1961(a).

That the Plaintiffs are also awarded attorney's fees in the amount of $1,815.00 and costs in the amount of $112.50, all computed as provided in 28 U.S.C. § 1961(a).

That if any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of judgment shall automatically increase by fifteen percent, as required by NYLL § 198(4).

This document was entered on the docket on _____.

Dated: _____, 2021

_____
District Judge George B. Daniels