UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
RAUL ORTEGA, *individually and on behalf of* :
*himself and all others similarly situated*, :
                              Plaintiff, :
        -against- :      DEFAULT JUDGMENT
                              :
TOKYO BAY ENTERPRISE NY, INC. (d/b/a/ :      20 Civ. 7140 (GBD)
TOKYO BAY) and BILLY RIU :
                          Defendants. :
------------------------------------- X

GEORGE B. DANIELS, District Judge:

    Plaintiff Raul Ortega commenced this action September 2, 2020, by the filing of a Summons and Complaint alleging violations of the Fair Labor Standards Act ("FLSA"). A copy of the Summons and Complaint was served on Defendant Tokyo Bay Enterprise NY, Inc. (d/b/a/ Tokyo Bay) on November 2, 2020 and Defendant Billy Riu on April 1, 2021, and proof of service was filed on December 21, 2020 and April 6, 2021, respectively. Defendants having failed to answer, appear, or otherwise move with respect to the Complaint, and the time for appearing, answering, or moving having expired, it is hereby:

    ORDERED, ADJUDGED, AND DECREED that Plaintiff Raul Ortega have judgment, plus statutory pre and post-judgment interest and attorney's fees and costs against Defendants 2617 Tokyo Bay Enterprise NY, Inc. and Billy Riu.

    Plaintiff has submitted support for damages in the amount of $62,888.88, including compensatory damages and permissible liquidated damages and pre-judgment interest, all computed as provided in 28 U.S.C. § 1961(a). Plaintiff has also submitted support for an award of attorney's fees in the amount of $1,815.00 and costs in the amount of f $112.50, all computed

as provided in 28 U.S.C. § 1961(a). The Clerk of Court is hereby ORDERED to enter final judgment in favor of Plaintiff against Defendants in the total amount of $$62,888.88, plus statutory post-judgment interest and award Plaintiff $1,927.50 in attorney's fees and costs. The Clerk of Court is directed to close the motion, (ECF No. 27), accordingly.

Dated: May 24, 2022
      New York, New York

                                       SO ORDERED.

                                       *George B. Daniels*
                                       GEORGE B. DANIELS
                                       UNITED STATES DISTRICT JUDGE